1 ANDRÉ BIROTTE JR.
United States Attorney
2 SANDRA R. BROWN
Assistant United States Attorney
3 Chief, Tax Division
TAMAR KOUYOUMJIAN (CA SBN 254148)
4 Assistant United States Attorney
   Room 7211, Federal Building
5   300 North Los Angeles Street
   Los Angeles, California  90012
6 Telephone:  (213) 894-7388
   Facsimile:  (213) 894-0115
7 Email: tamar.kouyoumjian@usdoj.gov

8 Attorneys for United States of America



9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                                    SACV11-00799 JVS (ANx)

13 UNITED STATES OF AMERICA,          ) Case No.
                                      )
14              Petitioner,           ) [PROPOSED] ORDER TO SHOW CAUSE
                                      )
15      vs.                           )
                                      )
16 CARLOS VALENZUELA, JR.,            )
                                      )          NOTE CHANGES MADE BY THE COURT.
17              Respondent.           )
   _____)

18

19      Upon the Petition and supporting Memorandum of Points and

20 Authorities, and the supporting Declaration to the Petition, the

21 Court finds that Petitioner has established its *prima facie* case

22 for judicial enforcement of the subject Internal Revenue Service

23 ("IRS" and "Service") summonses.  *See* United States v. Powell,

24 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

25 Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

26 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

27 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

28 1995) (the Government's *prima facie* case is typically made

                                 1

through the sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th cir. 1993).

**THEREFORE, IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. ___10C,___

_____ United States Courthouse
312 North Spring Street,
Los Angeles, California 90012


_____ Roybal Federal Building and United States Courthouse
255 E. Temple Street,
Los Angeles, California 90012


✓ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Santa Ana, California 92701


_____ Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California 92501

on ~~June 27,~~ July 5, 2011, at 8 30 ~~a~~ .m. and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides

2

there, or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: 6-8-11

_____
United States District Judge

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
TAMAR KOUYOUMJIAN
Assistant United States Attorney
Attorneys for United States of America
Petitioner